Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David Lee Ferrell Jr.
Marian B. Ferrell**
   Debtor(s)

Bankruptcy Case No.: 17–10189–TPA
Per May 10, 2017 Proceeding
Chapter: 13
Docket No.: 35 – 14
Concil. Conf.: September 19, 2017 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 27, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒   C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 19, 2017 at 11:00 AM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐   G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒   H.   Additional Terms: The secured claim of the following creditor shall govern as to claim amount, to be paid at the modified plan terms: Erie Federal Credit Union (Claim No. 3) to be paid in amount calculated by Trustee.

*(2.)  IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 10, 2017

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Lee Ferrell, Jr.
Marian B. Ferrell
    Debtors

Case No. 17-10189-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 2     Date Rcvd: May 10, 2017
                         Form ID: 149    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
```
db/jdb         +David Lee Ferrell, Jr.,    Marian B. Ferrell,    PO Box 60,    Wattsburg, PA 16442-0060
14371450       +AT&T Mobility,    1025 Lenox Park Boulevard NE,    Atlanta, GA 30319-5309
14371449       +Alan N Esper DO FACOS,    5473 Village Common Drive,    Erie, PA 16506-4961
14389292       +Capital One Bank USA NA,    4851 Cox Road,    Glen Allen, VA 23060-6293
14371453       +Dudzinski Enterprises Inc,    115 East Main Street,    North East, PA 16428-1330
14371461       +Midland Credit Management Inc,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14371463       +Northwest Consumer Discount,    3307 Liberty Street,    Erie, PA 16508-2558
14373556       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14371466       +Stern & Eisenberg,    1581 Main Street,    Suite 200,    The Shops at Valley Square,
                 Warrington, PA 18976-3400
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14371451       +E-mail/Text: ACF-EBN@acf-inc.com May 11 2017 01:13:41    Atlantic Credit & Finance Inc,
                 PO Box 11887,    Roanoke, VA 24022-1887
14371452       +E-mail/Text: bankruptcy@usecapital.com May 11 2017 01:15:10    Capital Accounts,
                 Po Box 140065,    Nashville, TN 37214-0065
14371454       +E-mail/Text: bknotice@erccollections.com May 11 2017 01:14:36
                 ERC / Enhanced Recovery Corporation,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14371455       +E-mail/Text: kthomas@eriefcu.org May 11 2017 01:13:55    Erie Federal Credit Union,
                 1109 East 38th Street,    Erie, PA 16504-1845
14371456       +E-mail/Text: bankruptcy@icsystem.com May 11 2017 01:14:56    IC Systems, Inc,
                 444 Highway 96 East,    St Paul, MN 55127-2557
14371458       +E-mail/Text: cio.bncmail@irs.gov May 11 2017 01:13:49    Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14371460        E-mail/Text: camanagement@mtb.com May 11 2017 01:13:52    M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14371462       +E-mail/Text: jnelson@mch1.org May 11 2017 01:14:51    Millcreek Community Hospital,
                 5515 Peach Street,    Erie, PA 16509-2695
14416510        E-mail/PDF: cbp@onemainfinancial.com May 11 2017 01:18:29    ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14371464       +E-mail/PDF: cbp@onemainfinancial.com May 11 2017 01:18:58    Onemain,    Attn: Bankruptcy,
                 601 NW 2nd Street,    Evansville, IN 47708-1013
14371465       +E-mail/PDF: cbp@onemainfinancial.com May 11 2017 01:18:44    Onemain Financial / Citifinancial,
                 6801 Colwell Boulevard,    Irving, TX 75039-3198
14371467       +E-mail/PDF: gecsedi@recoverycorp.com May 11 2017 01:18:27    Synchrony Bank / Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14371468       +E-mail/Text: collections@widgetfinancial.com May 11 2017 01:14:29    Widget Financial,
                 2154 East Lake Road,    Erie, PA 16511-1140
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14371459*      +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                 Pittsburgh, PA 15222-4027
14371457*       Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1           User: jmar                 Page 2 of 2                Date Rcvd: May 10, 2017
                               Form ID: 149               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:
        Daniel P. Foster    on behalf of Debtor David Lee Ferrell, Jr. dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Joint Debtor Marian B. Ferrell dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 4