**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/31/17 9:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10189-TPA |
| David Lee Ferrell, Jr AND | : | Chapter 13 |
| Marian B Ferrell, | : | |
|     Debtors | : | |
| | : | Related to Document No. 45 |
| David Lee Ferrell, Jr AND | : | |
| Marian B Ferrell, | : | |
|     Movants | : | |
|         v. | : | |
| M & T Bank, | : | |
|         AND | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## ORDER

A *Loss Mitigation Order* dated May 19, 2017, was entered in the above matter at Document No. 39. On August 18, 2017, a **Motion to Extend the Loss Mitigation Period** was filed by David Lee Ferrell, Jr and Marian B Ferrell at Document No. 45.

*AND NOW*, this  31st  day of         August         , 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including October 30, 2017*.

Thomas P. Agresti,
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Lee Ferrell, Jr.
Marian B. Ferrell
     Debtors

Case No. 17-10189-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lkat     Page 1 of 1     Date Rcvd: Aug 31, 2017
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
db/jdb         +David Lee Ferrell, Jr.,    Marian B. Ferrell,    PO Box 60,    Wattsburg, PA 16442-0060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14371460        E-mail/Text: camanagement@mtb.com Sep 01 2017 01:50:26     M & T Bank,    Po Box 844,    Buffalo, NY 14240

                                                                                                                                                                       TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
       Daniel P. Foster    on behalf of Debtor David Lee Ferrell, Jr. dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Daniel P. Foster    on behalf of Joint Debtor Marian B. Ferrell dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                    TOTAL: 5