FILED
9/21/17 1:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: David Lee and Marian B. Ferrell, Jr.
Case Number: 17-10189          Chapter: 13
Date / Time / Room: September 19, 2017 at 11:00 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*   #14 - Final Confirmation of Plan dated 3/27/17 (NFC)

### *Appearances:*

Debtor:         Fossum
Trustee:        Winnecour / Bedford / Katz / (Pail)

Creditor:

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _1/9/18_ at _2:00_.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by _____
         Objections are due on or before _____ .
         A hearing on the Amended Plan is set for _____ at _____.
9. _____ Other: