**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-10189-TPA |
| | : | |
| **David Lee Ferrell, Jr. and** | : | CHAPTER 13 |
| **Marian B Ferrell,** | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **David Lee Ferrell, Jr.,** | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **Raven Services JV,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>October 2, 2017</u>         By: <u>/s/ Clarissa Bayhurst</u>
                                            CLARISSA BAYHURST, PARALEGAL
                                            FOSTER LAW OFFICES
                                            Po Box 966
                                            Meadville, PA 16335
                                            Tel 814.724.1165
                                            Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**RAVEN SERVICES JV**
**9626 CENTER STREET**
**SUITE 200**
**MANASSAS VA 20110**