# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10189-TPA |
| David Lee Ferrell, Jr AND | : | Chapter 13 |
| Marian B Ferrell, | : | |
| Debtors | : | |
| | : | Related to Document No. 63 |
| David Lee Ferrell, Jr AND | : | |
| Marian B Ferrell, | : | |
| Movants | : | |
| v. | : | |
| | : | |
| M & T Bank, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Kathryn M. Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the ***INTERIM MORTGAGE MODIFICATION ORDER*** on the parties listed below.

Executed on: November 8, 2017

By: /s/ Kathryn M. Schwartz
KATHRYN M. SCHWARTZ
PARALEGAL
FOSTER LAW OFFICES, LLC
P.O. Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Chapter 13 Trustee
LMP@chapter13trusteewdpa.com

M & T Bank
PO Box 844
Buffalo, NY 14240

*DMM* Portal