**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID LEE FERRELL, JR.<br>MARIAN B FERRELL | Case No. 17-10189TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs. | Document No __ |
| INTERNAL REVENUE SERVICE* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| INTERNAL REVENUE SERVICE*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Court claim# /Trustee CID# 5 |

The Movant further certifies that on 11/14/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DAVID LEE FERRELL, JR., MARIAN B FERRELL, PO BOX 60, WATTSBURG, PA  16442 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, PO BOX 966, MEADVILLE, PA  16335 |
| ORIGINAL CREDITOR'S COUNSEL:<br>INTERNAL REVENUE SERVICE, OFFICE OF DISTRICT COUNSEL, 1000 LIBERTY AVE RM 806, PITTSBURGH, PA  15222 | ORIGINAL CREDITOR:<br>INTERNAL REVENUE SERVICE*, CENTRALIZED INSOLVENCY-TRUSTEE REMITS, PO BOX 7317, PHILADELPHIA, PA 19101-7317 |
| NEW CREDITOR: | |