FILED
2/26/18 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DAVID LEE FERRELL, JR. and | : | Case No. 17-10189 TPA |
| MARIAN B. FERRELL | : | Chapter 13 |
| *Debtors* | : | |
| | : | |
| DAVID LEE FERRELL, JR. and | : | |
| MARIAN B. FERRELL | : | |
| *Movants* | : | Related to Document No. 72 |
| v. | : | |
| M & T BANK and RONDA | : | |
| J. WINNECOUR, ESQ., TRUSTEE | : | |
| *Respondents* | : | Hearing: March 7, 2018 at 9:30 A.M. |

## ORDER

AND NOW, this **26th** day of **February, 2018,** it is hereby **ORDERED, ADJUDGED and DECREED** that the ***Motion to Authorize Loan Modification*** filed by the Debtors at Document No. 72 previously scheduled for April 4, 2018 at 9:30 A.M. in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 has been **RESCHEDULED** to *March 7, 2018* at *9:30 A.M.* Movant shall upload a copy of this Order to the Portal.

It is **FURTHER ORDERED** that any Responses to the Motion shall be filed and served on or before *March 6, 2018 at NOON.*

_____
Thomas P. Agresti, Judge    vas
United States Bankruptcy Court

Case Administrator to serve:
  Debtors
  Daniel P. Foster, Esq.
  M & T Bank, P.O Box 844, Buffalo NY 14240
  Ronda J. Winnecour, Esq., Ch 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Lee Ferrell, Jr.
Marian B. Ferrell
    Debtors

Case No. 17-10189-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lkat     Page 1 of 1     Date Rcvd: Feb 26, 2018
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.
db/jdb         +David Lee Ferrell, Jr.,   Marian B. Ferrell,   PO Box 60,   Wattsburg, PA 16442-0060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14371460       E-mail/Text: camanagement@mtb.com Feb 27 2018 02:18:44     M & T Bank,   Po Box 844,
        Buffalo, NY 14240
                                                                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:
             Daniel P. Foster    on behalf of Debtor David Lee Ferrell, Jr. dan@mrdebtbuster.com,
              clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
             Daniel P. Foster    on behalf of Joint Debtor Marian B. Ferrell dan@mrdebtbuster.com,
              clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
             James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
             Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
             Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                            TOTAL: 5