# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10189-TPA |
| David Lee Ferrell, Jr AND | : | Chapter 13 |
| Marian B Ferrell, | : | |
|     Debtors | : | |
| | : | Related to Document No. 70 |
| David Lee Ferrell, Jr. | : | |
|     Movant | : | |
|         v. | : | Hearing Date & Time: |
| | : | April 4, 2018 at 9:30 A.M. |
| M & T Bank, | : | |
| | : | |
|         AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Debtor's *MOTION TO AUTHORIZE LOAN MODIFICATION*, filed on February 23, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Objections to the Motion were to be filed and served no later than March 6, 2018 at noon.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                                                                   Respectfully submitted,

Date: <u>March 6, 2018</u>                                                   /s/ Daniel P. Foster, Esquire
                                                                                 Daniel P. Foster
                                                                                 PA I.D. # 92376
                                                                                 Foster Law Offices
                                                                                 PO Box 966
                                                                                 Meadville, PA 16335
                                                                                 Phone:  814.724.1165
                                                                                 Fax: 814.724.1158
                                                                                 Email: dan@mrdebtbuster.com

# **CERTIFICATE OF SERVICE**

     I, Kathryn M. Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Certificate of No Objection** along with the **Motion to Authorize Loan Modification** on the parties listed below by USPS First Class Mail.

Executed on: <u>March 6, 2018</u>            By: <u>/s/ Kathryn M. Schwartz</u>
                                                                                                       KATHRYN M. SCHWARTZ
                                                                                                      PARALEGAL
                                                                                                      FOSTER LAW OFFICES, LLC
                                                                                                      P.O. Box 966
                                                                                                      Meadville, PA 16335
                                                                                                      Tel 814.724.1165
                                                                                                      Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

M & T Bank
PO Box 844
Buffalo, NY 14240

David & Marian Ferrell
PO Box 60
Wattsburg, PA 16442