**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-10189-TPA |
| | : | |
| **David Lee Ferrell Jr. and** | : | CHAPTER 13 |
| **Marian B Ferrell,** | : | |
| Debtors, | : | |
| _____ | : | DOCKET NO.: |
| **David Lee Ferrell Jr. and** | : | |
| **Marian B Ferrell,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Plan and Order Scheduling Hearing**, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>March 27, 2018</u>        Respectfully submitted,
/s/ Clarissa Bayhurst
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Atlantic Credit & Finance Inc
PO Box 11887
Roanoke, VA 24022-1887

Capital One Bank USA NA
4851 Cox Road
Glen Allen, VA 23060-6293

Erie Federal Credit Union
1109 East 38th Street
Erie, PA 16504-1845

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Midland Credit Management Inc
2365 Northside Drive
Suite 300
San Diego, CA 92108-2709

Northwest Consumer Discount
3307 Liberty Street
Erie, PA 16508-2558

Onemain
Attn: Bankruptcy
601 NW 2nd Street
Evansville, IN 47708-1013

PRA Receivables Management, LLC
claims@recoverycorp.com

AT&T Mobility
1025 Lenox Park Boulevard NE
Atlanta, GA 30319-5309

Bayview Loan Servicing, LLC
Bankruptcy Department
P.O. Box 840
Buffalo, NY 14240-0840

Dudzinski Enterprises Inc
115 East Main Street
North East, PA 16428-1330

David Lee Ferrell Jr.
PO Box 60
Wattsburg, PA 16442-0060

IC Systems, Inc
444 Highway 96 East
St Paul, MN 55127-2557

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222-4027

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Onemain Financial / Citifinancial
6801 Colwell Boulevard
Irving, TX 75039-3198

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Alan N Esper DO FACOS
5473 Village Common Drive
Erie, PA 16506-4961

Capital Accounts
Po Box 140065
Nashville, TN 37214-0065

ERC / Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL 32256-7412

Marian B. Ferrell
PO Box 60
Wattsburg, PA 16442-0060

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Millcreek Community Hospital
5515 Peach Street
Erie, PA 16509-2695

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Stern & Eisenberg
1581 Main Street
Suite 200
The Shops at Valley Square
Warrington, PA 18976-3400

Synchrony Bank / Walmart
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Widget Financial
2154 East Lake Road
Erie, PA 16511-1140

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com