IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re | | |
| David Lee Ferrell, Jr. | : | Case No 17-10189TPA |
| Marian B. Ferrell | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document #103 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| M&T Bank | : | |
| | : | Hearing Date 10/24/2018 |
| Respondent(s) | | |

## CERTIFICATE OF SERVICE

I, Dianne DeFoor of the Office of the Chapter 13 Trustee, Suite 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.

Certify:
That I am, and at all times hereinafter mentioned, more than 18 years of age;

That on the 14th day of August 2018, I served a copy of the Order Scheduling Date for Response and hearing on Trustee's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges.

The Parties in interest served in this proceeding, by:
First Class Postage Prepaid Mail

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

David Lee Ferrell, Jr.
Marian B. Ferrell
PO Box 60
Wattsburg PA 16442

Daniel Foster, Esquire
Foster Law Office
PO Box 966
Meadville PA 16335

M&T Bank
PO Box 840
Buffalo NY 14240-0840

Maria Tsagaris, Esquire
McCalla Raymer Leibert Pierce, LLC
Agent for M&T Bank
1544 Old Alabama Road
Roswell GA 30076

James C. Warmbrodt, Esquire
KML Law Group
701 Market Street Suite 5000
Philadelphia PA 19109

M&T Bank
Attn: Robert Wilmer, CEO
One M&T Plaza
Buffalo NY 14203

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 8/14/18                    /s/ Dianne DeFoor
         (date)                         Dianne DeFoor
                                       Suite 3250- US Steel Tower
                                       600 Grant Street
                                       Pittsburgh PA 15219
                                       412-471-5566
                                       cmecf@chapter13trusteewdpa.com