B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re David Lee Ferrell, Jr. and Marian B. Ferrell ,   Case No. 17-10189-TPA

## AMENDED
## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Select Portfolio Servicing, Inc. | M&T Bank |
| --- | --- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Phone: 1-800-258-8602
Last Four Digits of Acct #:     6790

Court Claim # (if known):     6-2
Amount of Claim:     $69,067.80
Date Claim Filed:     10/09/2018

Phone: n/a
Last Four Digits of Acct. #:     3186

Name and Address where transferee payments should be sent (if different from above):
Select Portfolio Servicing, Inc.
P.O. Box 65450
Salt Lake City, UT 84165-0450
Phone: 1-800-258-8602
Last Four Digits of Acct #:     6790

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew M. Lubin        Date: 04/02/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.