2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-10189-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David Lee Ferrell, Jr.<br>PO Box 60<br>Wattsburg PA 16442 | Marian B. Ferrell<br>PO Box 60<br>Wattsburg PA 16442 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/04/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250

Name and Address of Transferee:

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/07/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Lee Ferrell, Jr.
Marian B. Ferrell
    Debtors

Case No. 17-10189-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: lkat        Page 1 of 1        Date Rcvd: Apr 05, 2019
                      Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15021548       E-mail/Text: jennifer.chacon@spservicing.com Apr 06 2019 02:19:22
               Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
        Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com
        Daniel P. Foster    on behalf of Debtor David Lee Ferrell, Jr. dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Joint Debtor Marian B. Ferrell dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James   Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                                                   TOTAL: 8