**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10189-TPA |
| David Lee Ferrell, Jr. and | : | |
| Marian B. Ferrell, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 118 |
| David Lee Ferrell, Jr. and | : | |
| Marian B. Ferrell, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **May 17, 2020,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A telephonic hearing will be held June 24, 2020 at 11:30 am before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. All attorneys and parties may only appear telephonically and must comply with Judge Agresti's Modified Telephonic procedures which can be found at http://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. While under the current COVID-19 circumstances it is not encouraged, the general public may personally appear.  Only ten minutes is being provided on the calendar.  No witnesses will be heard. If an evidentiary

hearing is required, it will be scheduled by the Court at a later date.  Pro se parties may participate by phone at no charge by contacting CourtCall at www.courtcall.com or at (866) 582-6878 no later than 24 hours prior to the scheduled hearing.

Date: <u>April 30, 2020</u>

Respectfully submitted,

<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: April 30, 2020          *By: /s/ Kristen N. Dennis*
                                                                      Kristen N. Dennis, PARALEGAL
                                                                       FOSTER LAW OFFICES, LLC
                                                                       1210 Park Avenue
                                                                       Meadville, PA 16335
                                                                       Tel 814.724.1165
                                                                       Fax 814.724.1158

PRA Receivables Management LLC
claims@recoverycorp.com

AT&T Mobility
1025 Lenox Park Boulevard NE
Atlanta, GA 30319-5309

Alan N Esper DO FACOS
5473 Village Common Drive
Erie, PA 16506-4961

Atlantic Credit & Finance Inc
PO Box 11887
Roanoke, VA 24022-1887

Bayview Loan Servicing, LLC
Bankruptcy Department
P.O. Box 840
Buffalo, NY 14240-0840

Capital Accounts
Po Box 140065
Nashville, TN 37214-0065

Capital One Bank USA NA
4851 Cox Road
Glen Allen, VA 23060-6293

Dudzinski Enterprises Inc
115 East Main Street
North East, PA 16428-1330

ERC / Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL 32256-7412

Erie Federal Credit Union
1109 East 38th Street
Erie, PA 16504-1845

IC Systems, Inc
444 Highway 96 East
St Paul, MN 55127-2557

Onemain
601 NW 2nd Street
Evansville, IN 47708-1013

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue, **Room 806**
Pittsburgh, PA 15222-4027

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Midland Credit Management Inc
2365 Northside Drive
Suite 300
San Diego, CA 92108-2709

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Millcreek Community Hospital
5515 Peach Street
Erie, PA 16509-2695

Northwest Consumer Discount
3307 Liberty Street
Erie, PA 16508-2558

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Onemain Financial / Citifinancial
6801 Colwell Boulevard
Irving, TX 75039-3198

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Stern & Eisenberg
1581 Main Street
Suite 200
Warrington, PA 18976-3403

Synchrony Bank / Walmart
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

Widget Financial
2154 East Lake Road
Erie, PA 16511-1140

David Lee Ferrell Jr.
Marian B. Ferrell
PO Box 60
Wattsburg, PA 16442-0060

Ronda J. Winnecour
**cmecf@chapter13trusteewdpa.com**