**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10189-TPA |
| David Lee Ferrell, Jr. and | : | |
| Marian B. Ferrell, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No.: 120 |
| David Lee Ferrell, Jr. and | : | |
| Marian B. Ferrell, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the <u>Motion for Approval of Post-Petition Vehicle Financing</u>, filed on April 30, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than May 17, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>May 18, 2020</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: <u>May 18, 2020</u>

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

**MATRIX**

PRA Receivables Management LLC
**claims@recoverycorp.com**

AT&T Mobility
1025 Lenox Park Boulevard NE
Atlanta, GA 30319-5309

Alan N Esper DO FACOS
5473 Village Common Drive
Erie, PA 16506-4961

Atlantic Credit & Finance Inc
PO Box 11887
Roanoke, VA 24022-1887

Bayview Loan Servicing, LLC
Bankruptcy Department
P.O. Box 840
Buffalo, NY 14240-0840

Capital Accounts
Po Box 140065
Nashville, TN 37214-0065

Capital One Bank USA NA
4851 Cox Road
Glen Allen, VA 23060-6293

Dudzinski Enterprises Inc
115 East Main Street
North East, PA 16428-1330

ERC / Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL 32256-7412

Erie Federal Credit Union
1109 East 38th Street
Erie, PA 16504-1845

IC Systems, Inc
444 Highway 96 East
St Paul, MN 55127-2557

Onemain
601 NW 2nd Street
Evansville, IN 47708-1013

Onemain Financial / Citifinancial
6801 Colwell Boulevard
Irving**,** TX 75039-3198

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue**, Room 806**
Pittsburgh, PA 15222-4027

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Midland Credit Management Inc
2365 Northside Drive
Suite 300
San Diego, CA 92108-2709

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Millcreek Community Hospital
5515 Peach Street
Erie, PA 16509-2695

Northwest Consumer Discount
3307 Liberty Street
Erie, PA 16508-2558

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Office of the United States Trustee
**ustpregion03.pi.ecf@usdoj.gov**

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Stern & Eisenberg
1581 Main Street, Suite 200
Warrington, PA 18976-3403

Synchrony Bank / Walmart
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

Widget Financial
2154 East Lake Road
Erie, PA 16511-1140

David Lee Ferrell Jr.
Marian B. Ferrell
PO Box 60
Wattsburg, PA 16442-0060

Ronda J. Winnecour
**cmecf@chapter13trusteewdpa.com**