FILED
5/19/20 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10189-TPA |
| **David Lee Ferrell, Jr. and** | : | |
| **Marian B. Ferrell,** | : | **Chapter 13** |
| **Debtors** | : | |
| _____ | : | **Related to Docket No.: 118** |
| **David Lee Ferrell, Jr. and** | : | |
| **Marian B. Ferrell,** | : | |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

<u>**ORDER REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**</u>

　　　　*AND NOW* on this ***19th*** day of ***May, 2020***, upon consideration of Debtors' Motion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion for Approval of Post-Petition Vehicle Financing is ***GRANTED***.

　　　　Debtors are authorized to seek vehicle financing with a maximum monthly payment amount of Three Hundred Fifty Dollars ($350.00) per month.

　　　　The purchase/financing transaction shall occur on or before 30 days. An amended Chapter 13 Plan, to include the payment for the subject vehicle and a Report of Financing, shall be filed on or before 7 days after the date of purchase/financing.

BY THE COURT,

**vas**

Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-10189-TPA
David Lee Ferrell, Jr.                                          Chapter 13
Marian B. Ferrell
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dpas          Page 1 of 1          Date Rcvd: May 19, 2020
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db/jdb        +David Lee Ferrell, Jr.,   Marian B. Ferrell,   PO Box 60,   Wattsburg, PA 16442-0060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
          Andrew M. Lubin   on behalf of Creditor   Select Portfolio Servicing, Inc. alubin@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Bradley Joseph Osborne   on behalf of Creditor   Select Portfolio Servicing, Inc.
           bosborne@hoflawgroup.com,  pfranz@hoflawgroup.com
          Daniel P. Foster   on behalf of Joint Debtor Marian B. Ferrell dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster   on behalf of Debtor David Lee Ferrell, Jr. dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Danielle Boyle-Ebersole   on behalf of Creditor   Select Portfolio Servicing, Inc.
           debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Ronda J. Winnecour   on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 10