**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/28/2020

IN RE:

DAVID LEE FERRELL, JR.
MARIAN B FERRELL
PO BOX 60
WATTSBURG,  PA  16442
XXX-XX-6698          Debtor(s)

XXX-XX-7447

Case No.17-10189 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/28/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account / Int % |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8314<br>INT %: 0.00% |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br>ERIE, PA 16508 | Trustee Claim Number: 2<br>Court Claim Number: 3<br>CLAIM: 10,271.55<br>COMMENT: $/CL-PL@MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8133<br>INT %: 5.25% |
| **SELECT PORTFOLIO SERVICING INC(*)**<br>POB 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 3<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: LOAN MOD @ CID 25*FR M AND T-DOC 112, 114 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6790<br>INT %: 0.00% |
| **STERN & EISENBERG LP**<br>1581 MAIN ST STE 200<br>THE SHOPPES AT VALLEY SQUARE<br>WARRINGTON, PA 18976 | Trustee Claim Number: 4<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>INT %: 0.00% |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 5<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 800/PL*15/SCH*PIF/CRED*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6698<br>INT %: 0.00% |
| **ALAN ESPER DO SURGERY**<br>5473 VILLAGE COMMONS DR STE 201<br>ERIE, PA 16506 | Trustee Claim Number: 6<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0376<br>INT %: 0.00% |
| **CAPITAL ACCOUNTS LLC**<br>POB 140065<br>NASHVILLE, TN 37214 | Trustee Claim Number: 7<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OSTEOPATHIC MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5380<br>INT %: 0.00% |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 8<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1145<br>INT %: 0.00% |
| **DUBZINSKI ENTERPRISE**<br>115 EAST MAIN ST<br>NORTH EAST, PA 16428 | Trustee Claim Number: 9<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5190<br>INT %: 0.00% |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number: 10<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ATT MOBILITY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9824<br>INT %: 0.00% |

| Creditor | Trustee Info | Cred Desc / Account |
|---|---|---|
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br><br>ERIE, PA 16508 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0203 |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br><br>ERIE, PA 16508 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 348.37<br>COMMENT: STMT THRU 3/13/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4623 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br><br>ST PAUL, MN 55164 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: MILLCREEK CMMNTY HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4001 |
| **NORTHWEST CONSUMER DISCOUNT CO\*\***<br>100 LIBERTY ST<br>PO BOX 337<br><br>WARREN, PA 16365 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6360 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 11,283.63<br>COMMENT: 1663/SCH*LOAN BGN 4/23/15*FR ONEMAIN-DOC 58 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1663 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br><br>BEDMINSTER, NJ 07921 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MILLCREEK COMMUNITY HOSPITAL**<br>5515 PEACH STREET<br><br>ERIE, PA 16507 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br><br>ERIE, PA 16508 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 2,543.05<br>COMMENT: ACCT NT/SCH*LOAN BGN 2/3/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8133 |
| **NORTHWEST CONSUMER DISCOUNT CO\*\***<br>100 LIBERTY ST<br>PO BOX 337<br><br>WARREN, PA 16365 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 1,003.94<br>COMMENT: ACCT NT/SCH*NO NUM/CL*NO POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SELECT PORTFOLIO SERVICING INC(*)** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| POB 65450 | Court Claim Number:6 | ACCOUNT NO.:  6790 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  LOAN MOD@CID 25*CL=11080.60*FR M AND T-DOC 112, 114 | |
| **SELECT PORTFOLIO SERVICING INC(*)** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| POB 65450 | Court Claim Number:6 | ACCOUNT NO.:  6790 |
| | CLAIM:  4,746.06 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  LOAN MOD @ CID 25*DKT*FR M AND T-DOC 112, 114 | |
| **MIDLAND FUNDING LLC** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEN | Court Claim Number:7 | ACCOUNT NO.:  8314 |
| PO BOX 2011 | CLAIM:  1,009.33 | |
| WARREN, MI  48090 | COMMENT:  NT/SCH*SYNCHRONY/WALMART | |
| **SELECT PORTFOLIO SERVICING INC(*)** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| POB 65450 | Court Claim Number:6 | ACCOUNT NO.:  6790 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  W/DRAWN/OE*NT/PL*NTC POSTPET FEE/EXP*REF CL=950*W/21*FR M AND T-DOC | |
| **SELECT PORTFOLIO SERVICING INC(*)** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| POB 65450 | Court Claim Number:6-2 | ACCOUNT NO.:  6790 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  PMT/DECL*DKT4LMT*LOAN MOD BGN 3/18*FR M AND T-DOC 112, 114 | |