FILED
6/22/20 5:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10189-TPA |
| David Lee Ferrell, Jr. and | : | |
| Marian B. Ferrell, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 125 |
| David Lee Ferrell, Jr. and | : | |
| Marian B. Ferrell, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### ORDER EXTENDING POST-PETITION VEHICLE FINANCING

*AND, NOW*, on this **22nd** day of *June, 2020*, upon consideration of Debtor's *Motion to Extend Order Granting Post-Petition Vehicle Financing*, it is hereby **Ordered, Adjudged, and Decreed** that said Motion is **granted**. Debtor shall have until *July 18, 2020* to obtain vehicle financing. An amended Chapter 13 Plan, to include the payment for the subject vehicle, and a Report of Financing, shall be filed on or before seven (7) days after the date of purchase/financing transaction.

BY THE COURT,

_____ vas
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10189-TPA
David Lee Ferrell, Jr.                                                    Chapter 13
Marian B. Ferrell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: dpas              Page 1 of 1           Date Rcvd: Jun 23, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db/jdb        +David Lee Ferrell, Jr.,   Marian B. Ferrell,   PO Box 60,   Wattsburg, PA 16442-0060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. alubin@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Bradley Joseph Osborne    on behalf of Creditor    Select Portfolio Servicing, Inc.
           bosborne@hoflawgroup.com,   pfranz@hoflawgroup.com
          Daniel P. Foster    on behalf of Joint Debtor Marian B. Ferrell dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          Daniel P. Foster    on behalf of Debtor David Lee Ferrell, Jr. dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          Danielle Boyle-Ebersole    on behalf of Creditor    Select Portfolio Servicing, Inc.
           debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10