## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** : | Bankruptcy No. 17-10189-TPA |
| **David Lee Ferrell, Jr. and** : | |
| **Marian B. Ferrell,** : | Chapter 13 |
| Debtors : | |
| : | Docket No.: 128 |
| **David Lee Ferrell, Jr. and** : | |
| **Marian B. Ferrell,** : | |
| Movants : | |
| : | |
| vs. : | |
| : | |
| **Ronda J. Winnecour, Esquire,** : | |
| Chapter 13 Trustee, : | |
| Respondent. : | |

### STATUS REPORT

**AND NOW** this 17th day of July 2020, come David Lee Ferrell Jr. and Marian B. Ferrell ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*. The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on February 27, 2017 (the "Filing Date").

2. On April 30, 2020, Debtors filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On May 19, 2020, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated May 19, 2020.

Date: <u>July 17, 2020</u>                                                    */s/ Daniel P. Foster, Esquire*

                                                                            Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors