**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-10189-TPA |
| | : | |
| **David Lee Ferrell, Jr. and** | : | CHAPTER 13 |
| **Marian B Ferrell,** | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **David Lee Ferrell, Jr.,** | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 142 |
| | : | |
| vs. | : | |
| | : | |
| **Raven Services JV,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>March 22, 2022</u>        By: /s/ Kaitlyn E. Vale
                                                                       KAITLYN E. VALE, PARALEGAL
                                                                       FOSTER LAW OFFICES
                                                                       1210 Park Avenue
                                                                        Meadville, PA 16335
                                                                        Tel 814.724.1165
                                                                        Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**RAVEN SERVICES JV**
**9626 CENTER STREET**
**SUITE 200**
**MANASSAS VA 20110**