Certificate Number: 03088-PAW-DE-036451538

Bankruptcy Case Number: 17-10189



03088-PAW-DE-036451538

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2022, at 5:21 o'clock PM CDT, Marian B Ferrell completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  April 5, 2022          By:    /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor