Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David Lee Ferrell Jr.** : | Case No. 17−10189−TPA |
| **Marian B. Ferrell** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 154 |
| v. : | |
| **No Respondents** : | Hearing Date: 6/29/22 at 12:00 PM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this *The 27th of April, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 154 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before June 13, 2022**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *June 29, 2022 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10189-TPA |
| David Lee Ferrell, Jr. | Chapter 13 |
| Marian B. Ferrell | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 27, 2022 | Form ID: 300b | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Lee Ferrell, Jr., Marian B. Ferrell, PO Box 60, Wattsburg, PA 16442-0060 |
| 14371449 | #+ | Alan N Esper DO FACOS, 5473 Village Common Drive, Erie, PA 16506-4961 |
| 14371451 | + | Atlantic Credit & Finance Inc, PO Box 11887, Roanoke, VA 24022-1887 |
| 14647969 | | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14371453 | + | Dudzinski Enterprises Inc, 115 East Main Street, North East, PA 16428-1330 |
| 15446731 | + | Federal Home Loan Mortgage Corporation et al, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake city, UT 84165-0250 |
| 15248340 | + | Northwest Bank, P.O. Box 337, Warren, PA 16365-0337 |
| 14371463 | + | Northwest Consumer Discount, 3307 Liberty Street, Erie, PA 16508-2558 |
| 15021548 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14371466 | + | Stern & Eisenberg, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14371450 | + | Email/Text: g20956@att.com | Apr 28 2022 00:07:00 | AT&T Mobility, 1025 Lenox Park Boulevard NE, Atlanta, GA 30319-5309 |
| 14371452 | + | Email/Text: bankruptcy@usecapital.com | Apr 28 2022 00:07:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14389292 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:27 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14371454 | + | Email/Text: bknotice@ercbpo.com | Apr 28 2022 00:07:00 | ERC / Enhanced Recovery Corporation, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14371455 | + | Email/Text: kthomas@eriefcu.org | Apr 28 2022 00:06:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 15446731 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | Federal Home Loan Mortgage Corporation et al, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake city, UT 84165-0250 |
| 14371456 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 28 2022 00:07:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14371458 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2022 00:06:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14371460 | | Email/Text: camanagement@mtb.com | Apr 28 2022 00:06:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14371461 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 300b | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 14660644 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14371462 | + | Email/Text: ptacct@mch1.org | Apr 28 2022 00:07:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14416510 | | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:13 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14371464 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:13 | Onemain, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14371465 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:38 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14716202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:19 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23451 |
| 14373556 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15021548 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14371467 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:27 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14371468 | + | Email/Text: collections@widgetfinancial.com | Apr 28 2022 00:07:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | M&T BANK |
| cr | | M&T Bank |
| cr | | Select Portfolio Servicing, Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14371459 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14371457 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 27, 2022 | Form ID: 300b | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Bradley Joseph Osborne | on behalf of Creditor Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Bradley Joseph Osborne | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor David Lee Ferrell Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Marian B. Ferrell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Karina Velter | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 c/o Select Portfolio Servicing, Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ronda J. Winnecour | on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com |

TOTAL: 12