**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID LEE FERRELL, JR.<br>MARIAN B FERRELL<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-10189 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/27/2017 and confirmed on 5/10/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,156.58 |
| Less Refunds to Debtor | 4,977.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 67,178.61 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,580.00 | |
| Trustee Fee | 3,301.02 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,881.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 6790 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 6790 | 4,746.06 | 4,746.06 | 0.00 | 4,746.06 |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 6790 | 0.00 | 26,676.62 | 0.00 | 26,676.62 |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 6790 | 0.00 | 0.00 | 0.00 | 0.00 |
| ERIE FEDERAL CREDIT UNION(*)<br>Acct: 8133 | 10,271.55 | 10,271.55 | 1,415.04 | 11,686.59 |
| | | | | 43,109.27 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID LEE FERRELL, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID LEE FERRELL, JR.<br>Acct: | 215.63 | 215.63 | 0.00 | 0.00 |
| DAVID LEE FERRELL, JR.<br>Acct: | 4,762.34 | 4,762.34 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: | 3,580.00 | 3,580.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 6698 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 6790 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALAN ESPER DO SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |

17-10189 TPA                                                                                                     Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0376 | | | | |
| | CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5380 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1145 | | | | |
| | DUBZINSKI ENTERPRISE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5190 | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9824 | | | | |
| | ERIE FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0203 | | | | |
| | ERIE FEDERAL CREDIT UNION(*) | 348.37 | 348.37 | 0.00 | 348.37 |
| | Acct: 4623 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4001 | | | | |
| | NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6360 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 11,283.63 | 11,283.63 | 0.00 | 11,283.63 |
| | Acct: 1663 | | | | |
| | ERIE FEDERAL CREDIT UNION(*) | 2,543.05 | 2,543.05 | 0.00 | 2,543.05 |
| | Acct: 8133 | | | | |
| | NORTHWEST BANK S/B/M NORTHWEST ( | 1,003.94 | 1,003.94 | 0.00 | 1,003.94 |
| | Acct: 1683 | | | | |
| | MIDLAND FUNDING LLC | 1,009.33 | 1,009.33 | 0.00 | 1,009.33 |
| | Acct: 8314 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8314 | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MILLCREEK COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 16,188.32 |

| | | | |
|---|---|---|---:|
| TOTAL PAID TO CREDITORS | | | 59,297.59 |

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---:|
| SECURED | 15,017.61 |
| UNSECURED | 16,188.32 |

Date: 04/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DAVID LEE FERRELL, JR.
    MARIAN B FERRELL
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:17-10189 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10189-TPA |
| David Lee Ferrell, Jr. | Chapter 13 |
| Marian B. Ferrell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Lee Ferrell, Jr., Marian B. Ferrell, PO Box 60, Wattsburg, PA 16442-0060 |
| 14371449 | #+ | Alan N Esper DO FACOS, 5473 Village Common Drive, Erie, PA 16506-4961 |
| 14371451 | + | Atlantic Credit & Finance Inc, PO Box 11887, Roanoke, VA 24022-1887 |
| 14647969 | | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14371453 | + | Dudzinski Enterprises Inc, 115 East Main Street, North East, PA 16428-1330 |
| 15446731 | + | Federal Home Loan Mortgage Corporation et al, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake city, UT 84165-0250 |
| 15248340 | + | Northwest Bank, P.O. Box 337, Warren, PA 16365-0337 |
| 14371463 | + | Northwest Consumer Discount, 3307 Liberty Street, Erie, PA 16508-2558 |
| 15021548 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14371466 | + | Stern & Eisenberg, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:30 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14371450 | + | Email/Text: g20956@att.com | Apr 28 2022 00:07:00 | AT&T Mobility, 1025 Lenox Park Boulevard NE, Atlanta, GA 30319-5309 |
| 14371452 | + | Email/Text: bankruptcy@usecapital.com | Apr 28 2022 00:07:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14389292 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:40 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14371454 | + | Email/Text: bknotice@ercbpo.com | Apr 28 2022 00:07:00 | ERC / Enhanced Recovery Corporation, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14371455 | + | Email/Text: kthomas@eriefcu.org | Apr 28 2022 00:06:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 15446731 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | Federal Home Loan Mortgage Corporation et al, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake city, UT 84165-0250 |
| 14371456 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 28 2022 00:07:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14371458 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2022 00:06:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14371460 | | Email/Text: camanagement@mtb.com | Apr 28 2022 00:06:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14371461 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14660644 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14371462 | + | Email/Text: ptacct@mch1.org | Apr 28 2022 00:07:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14416510 | | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:13 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14371464 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:37 | Onemain, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14371465 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:24 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14716202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23451 |
| 14373556 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15021548 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14371467 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:39 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14371468 | + | Email/Text: collections@widgetfinancial.com | Apr 28 2022 00:07:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | M&T BANK |
| cr | | M&T Bank |
| cr | | Select Portfolio Servicing, Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14371459 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14371457 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Bradley Joseph Osborne | on behalf of Creditor Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Bradley Joseph Osborne | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor David Lee Ferrell Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Marian B. Ferrell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Karina Velter | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 c/o Select Portfolio Servicing, Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ronda J. Winnecour | on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com |

TOTAL: 12