**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Lee Ferrell Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6698<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Marian B. Ferrell<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7447<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17–10189–TPA

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Lee Ferrell Jr.                           Marian B. Ferrell

6/17/22                                         **By the court:** Thomas P. Agresti
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Lee Ferrell, Jr.  
Marian B. Ferrell  
    Debtors

Case No. 17-10189-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Jun 17, 2022      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Lee Ferrell, Jr., Marian B. Ferrell, PO Box 60, Wattsburg, PA 16442-0060 |
| 14371449 | #+ | Alan N Esper DO FACOS, 5473 Village Common Drive, Erie, PA 16506-4961 |
| 14371451 | + | Atlantic Credit & Finance Inc, PO Box 11887, Roanoke, VA 24022-1887 |
| 14371453 | + | Dudzinski Enterprises Inc, 115 East Main Street, North East, PA 16428-1330 |
| 15248340 | + | Northwest Bank, P.O. Box 337, Warren, PA 16365-0337 |
| 14371463 | + | Northwest Consumer Discount, 3307 Liberty Street, Erie, PA 16508-2558 |
| 14371466 | + | Stern & Eisenberg, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 18 2022 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 18 2022 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2022 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jun 18 2022 03:53:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14371450 | + | EDI: CINGMIDLAND.COM | Jun 18 2022 03:53:00 | AT&T Mobility, 1025 Lenox Park Boulevard NE, Atlanta, GA 30319-5309 |
| 14647969 | ^ | MEBN | Jun 17 2022 23:50:02 | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14371452 | + | Email/Text: bankruptcy@usecapital.com | Jun 17 2022 23:52:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14389292 | + | EDI: CAPITALONE.COM | Jun 18 2022 03:53:00 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14371454 | + | Email/Text: bknotice@ercbpo.com | Jun 17 2022 23:51:00 | ERC / Enhanced Recovery Corporation, 8014 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bayberry Road, Jacksonville, FL 32256-7412 |
| 14371455 | + | Email/Text: kthomas@eriefcu.org | Jun 17 2022 23:51:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 15446731 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 17 2022 23:51:00 | Federal Home Loan Mortgage Corporation et al, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake city, UT 84165-0250 |
| 14371456 | + | EDI: IIC9.COM | Jun 18 2022 03:53:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14371458 | + | EDI: IRS.COM | Jun 18 2022 03:53:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14371460 | | Email/Text: camanagement@mtb.com | Jun 17 2022 23:51:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14371461 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2022 23:51:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14660644 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2022 23:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14371462 | + | Email/Text: ptacct@mch1.org | Jun 17 2022 23:51:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14416510 | | EDI: AGFINANCE.COM | Jun 18 2022 03:53:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14371464 | + | EDI: AGFINANCE.COM | Jun 18 2022 03:53:00 | Onemain, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14371465 | + | EDI: AGFINANCE.COM | Jun 18 2022 03:53:00 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14716202 | | EDI: PRA.COM | Jun 18 2022 03:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23451 |
| 14373556 | + | EDI: RECOVERYCORP.COM | Jun 18 2022 03:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15021548 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 17 2022 23:51:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14371467 | + | EDI: RMSC.COM | Jun 18 2022 03:53:00 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14371468 | + | Email/Text: collections@widgetfinancial.com | Jun 17 2022 23:51:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | M&T BANK |
| cr | | M&T Bank |
| cr | | Select Portfolio Servicing, Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14371459 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14371457 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: 3180W | Total Noticed: 31 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Andrew M. Lubin
  on behalf of Creditor Select Portfolio Servicing Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com

Bradley Joseph Osborne
  on behalf of Creditor Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Bradley Joseph Osborne
  on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Brian Nicholas
  on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Brian Nicholas
  on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Daniel P. Foster
  on behalf of Debtor David Lee Ferrell Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
  on behalf of Joint Debtor Marian B. Ferrell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Danielle Boyle-Ebersole
  on behalf of Creditor Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

Karina Velter
  on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 c/o Select Portfolio Servicing, Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Ronda J. Winnecour
  on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com

TOTAL: 12