IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/17/22 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   DAVID LEE FERRELL, JR.
   MARIAN B FERRELL
        Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Repondents.

Case No.:17-10189 TPA

Chapter 13

Related Document No.:154

ORDER OF COURT

AND NOW, this ___17th___ day of ___June___, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

dak

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Lee Ferrell, Jr.  
Marian B. Ferrell  
    Debtors

Case No. 17-10189-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Jun 17, 2022      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Lee Ferrell, Jr., Marian B. Ferrell, PO Box 60, Wattsburg, PA 16442-0060 |
| 14371449 | #+ | Alan N Esper DO FACOS, 5473 Village Common Drive, Erie, PA 16506-4961 |
| 14371451 | + | Atlantic Credit & Finance Inc, PO Box 11887, Roanoke, VA 24022-1887 |
| 14371453 | + | Dudzinski Enterprises Inc, 115 East Main Street, North East, PA 16428-1330 |
| 15248340 | + | Northwest Bank, P.O. Box 337, Warren, PA 16365-0337 |
| 14371463 | + | Northwest Consumer Discount, 3307 Liberty Street, Erie, PA 16508-2558 |
| 14371466 | + | Stern & Eisenberg, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2022 23:54:31 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14371450 | + | Email/Text: g20956@att.com | Jun 17 2022 23:51:00 | AT&T Mobility, 1025 Lenox Park Boulevard NE, Atlanta, GA 30319-5309 |
| 14647969 | ^ | MEBN | Jun 17 2022 23:50:04 | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14371452 | + | Email/Text: bankruptcy@usecapital.com | Jun 17 2022 23:52:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14389292 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2022 23:53:51 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14371454 | + | Email/Text: bknotice@ercbpo.com | Jun 17 2022 23:51:00 | ERC / Enhanced Recovery Corporation, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14371455 | + | Email/Text: kthomas@eriefcu.org | Jun 17 2022 23:51:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 15446731 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 17 2022 23:51:00 | Federal Home Loan Mortgage Corporation et al, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake city, UT 84165-0250 |
| 14371456 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 17 2022 23:51:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14371458 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 17 2022 23:51:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14371460 | | Email/Text: camanagement@mtb.com | Jun 17 2022 23:51:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14371461 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 17 2022 23:51:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14660644 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2022 23:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14371462 | + | Email/Text: ptacct@mch1.org | Jun 17 2022 23:51:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14416510 | | Email/PDF: cbp@onemainfinancial.com | Jun 17 2022 23:54:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14371464 | + | Email/PDF: cbp@onemainfinancial.com | Jun 17 2022 23:53:59 | Onemain, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14371465 | + | Email/PDF: cbp@onemainfinancial.com | Jun 17 2022 23:54:23 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14716202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2022 23:54:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23451 |
| 14373556 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 17 2022 23:54:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15021548 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 17 2022 23:51:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14371467 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2022 23:54:02 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14371468 | + | Email/Text: collections@widgetfinancial.com | Jun 17 2022 23:51:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | M&T BANK |
| cr | | M&T Bank |
| cr | | Select Portfolio Servicing, Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14371459 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14371457 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 17, 2022 | Form ID: pdf900 | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing  Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Bradley Joseph Osborne | on behalf of Creditor Select Portfolio Servicing  Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Bradley Joseph Osborne | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor David Lee Ferrell  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Marian B. Ferrell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Select Portfolio Servicing  Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Karina Velter | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 c/o Select Portfolio Servicing, Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ronda J. Winnecour | on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com |

TOTAL: 12