**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID LEE FERRELL, JR.<br>MARIAN B FERRELL<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:17-10189 TPA<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1. The case was filed on 02/27/2017 and confirmed on 05/10/2017. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 73,019.10 |
| Less Refunds to Debtor | 5,840.49 | |
| TOTAL AMOUNT OF PLAN FUND | | 67,178.61 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 4,580.00 | |
| 　Trustee Fee | 3,301.02 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,881.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　FEDERAL HOME LOAN MORTGAGE CORP<br>　　Acct: 6790 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　FEDERAL HOME LOAN MORTGAGE CORP<br>　　Acct: 6790 | 4,746.06 | 4,746.06 | 0.00 | 4,746.06 |
| 　FEDERAL HOME LOAN MORTGAGE CORP<br>　　Acct: 6790 | 0.00 | 26,676.62 | 0.00 | 26,676.62 |
| 　FEDERAL HOME LOAN MORTGAGE CORP<br>　　Acct: 6790 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　ERIE FEDERAL CREDIT UNION(*)<br>　　Acct: 8133 | 10,271.55 | 10,271.55 | 1,415.04 | 11,686.59 |
| | | | | 43,109.27 |
| **Priority** | | | | |
| 　DANIEL P FOSTER ESQ**<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　DAVID LEE FERRELL, JR.<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　DAVID LEE FERRELL, JR.<br>　　Acct: | 215.63 | 215.63 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DAVID LEE FERRELL, JR. | 4,762.34 | 4,762.34 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID LEE FERRELL, JR. | 431.26 | 431.26 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID LEE FERRELL, JR. | 431.26 | 431.26 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,580.00 | 3,580.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6698 | | | | |
| FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6790 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALAN ESPER DO SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0376 | | | | |
| CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5380 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1145 | | | | |
| DUBZINSKI ENTERPRISE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5190 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9824 | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0203 | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 348.37 | 348.37 | 0.00 | 348.37 |
| Acct: 4623 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4001 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6360 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 11,283.63 | 11,283.63 | 0.00 | 11,283.63 |
| Acct: 1663 | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 2,543.05 | 2,543.05 | 0.00 | 2,543.05 |
| Acct: 8133 | | | | |
| NORTHWEST BANK S/B/M NORTHWEST C | 1,003.94 | 1,003.94 | 0.00 | 1,003.94 |
| Acct: 1683 | | | | |
| MIDLAND FUNDING LLC | 1,009.33 | 1,009.33 | 0.00 | 1,009.33 |
| Acct: 8314 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8314 | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MILLCREEK COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 16,188.32 |

TOTAL PAID TO CREDITORS                                                                                                   59,297.59

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 15,017.61 |
| UNSECURED | 16.188.32 |

Date: 07/14/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com